# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0647

VERSUS

JAMON ALLEN AND
JAMES H. POWELL

**MAY 20, 2026**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-24-04927.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **STAY DENIED. WRIT DENIED.**

                    MRT
                    KEB
                    BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.